# Earnings Statement



*ALL METRO MANAGEMENT CORP*
*170 EARLE AVE*
*LYNBROOK, NY 11563*
*DEBTOR IN POSSESSION CASE #25-90339*

Period Beginning: 03/09/2026
Period Ending: 03/15/2026
Pay Date: 03/20/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**SHARON A SCHLEPPY**
**1107 AUDUBON DR**
**S ABINGTN TWP PA 18411-2852**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 17.5100 | 35.50 | 621.61 | 6,671.32 |
| Sick | 17.5100 | 4.50 | 78.80 | 256.54 |
| Ovtime | | | | 118.19 |
| Float Holiday | | | | 700.40 |
| Holiday | | | | 560.32 |
| On Call St | | | | 300.00 |
| Vacation | | | | 246.90 |
| **Gross Pay** | | | **$700.41** | 8,853.67 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 35.50 | |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Cca | | | |
| Reg | 17.5100 | 35.50 | 621.61 |
| Sick | 17.5100 | 4.50 | 78.80 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -42.13 | 559.42 |
| | Social Security Tax | -43.43 | 548.93 |
| | Medicare Tax | -10.16 | 128.38 |
| | PA State Income Tax | -21.50 | 271.80 |
| | Clarks Summi Income Tax | -7.00 | 88.52 |
| | PA SUI Tax | -0.49 | 6.20 |
| | **Net Pay** | **$575.70** | |
| | Aline Pay Card | -575.70 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $700.41

© 2000 ADP, Inc.

ALL METRO MANAGEMENT CORP
170 EARLE AVE
LYNBROOK, NY 11563
DEBTOR IN POSSESSION CASE #25-90339

**Advice number:** **00000120008**
Pay date: 03/20/2026

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **SHARON A SCHLEPPY** | xxxxxxxxxxxx0423 | xxxx xxxx | $575.70 |

**NON-NEGOTIABLE**

# Earnings Statement



ALL METRO MANAGEMENT CORP
170 EARLE AVE
LYNBROOK, NY 11563
DEBTOR IN POSSESSION   CASE #25-90339

| | |
|---|---|
| Period Beginning: | 03/16/2026 |
| Period Ending: | 03/22/2026 |
| Pay Date: | 03/27/2026 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**SHARON A SCHLEPPY**
**1107 AUDUBON DR**
**S ABINGTN TWP PA 18411-2852**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 17.5100 | 40.00 | 700.40 | 7,371.72 |
| Ovtime | 26.2650 | 3.00 | 78.80 | 196.99 |
| On Call St | | | 100.00 | 400.00 |
| Float Holiday | | | | 700.40 |
| Holiday | | | | 560.32 |
| Sick | | | | 256.54 |
| Vacation | | | | 246.90 |
| **Gross Pay** | | | **$879.20** | 9,732.87 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Totl Hrs Worked | 43.00 | |

| Earnings by Job | rate | hours | this period |
|-----------------|------|-------|-------------|
| Cca | | | |
|   Reg | 17.5100 | 40.00 | 700.40 |
|   Ovtime | 26.2650 | 3.00 | 78.80 |
|   On Call St | | | 100.00 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -63.59 | 623.01 |
| | Social Security Tax | -54.51 | 603.44 |
| | Medicare Tax | -12.75 | 141.13 |
| | PA State Income Tax | -26.99 | 298.79 |
| | Clarks Summi Income Tax | -8.79 | 97.31 |
| | PA SUI Tax | -0.61 | 6.81 |
| | **Net Pay** | **$711.96** | |
| | Aline Pay Card | -711.96 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $879.20

© 2000 ADP, Inc.

ALL METRO MANAGEMENT CORP
170 EARLE AVE
LYNBROOK, NY 11563
DEBTOR IN POSSESSION CASE #25-90339

| | |
|---|---|
| **Advice number:** | **00000130008** |
| Pay date: | 03/27/2026 |

**Deposited to the account of**

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| **SHARON A SCHLEPPY** | xxxxxxxxxxxx0423 | xxxx xxxx | $711.96 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement



*ALL METRO MANAGEMENT CORP*
*170 EARLE AVE*
*LYNBROOK, NY 11563*
*DEBTOR IN POSSESSION CASE #25-90339*

| | |
| --- | --- |
| Period Beginning: | 03/23/2026 |
| Period Ending: | 03/29/2026 |
| Pay Date: | 04/03/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**SHARON A SCHLEPPY**
**1107 AUDUBON DR**
**S ABINGTN TWP PA 18411-2852**

| Earnings | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Reg | 17.5100 | 33.50 | 586.59 | 7,958.31 |
| Sick | 17.5100 | 2.00 | 35.02 | 291.56 |
| Vacation | 17.5100 | 4.50 | 78.80 | 325.70 |
| Ovtime | | | | 196.99 |
| Float Holiday | | | | 700.40 |
| Holiday | | | | 560.32 |
| On Call St | | | | 400.00 |
| **Gross Pay** | | | **$700.41** | 10,433.28 |

| Other Benefits and Information | this period | total to date |
| --- | --- | --- |
| Totl Hrs Worked | 33.50 | |

| Earnings by Job | rate | hours | this period |
| --- | --- | --- | --- |
| Cca | | | |
| Reg | 17.5100 | 33.50 | 586.59 |
| Sick | 17.5100 | 2.00 | 35.02 |
| Vacation | 17.5100 | 4.50 | 78.80 |

| Deductions | Statutory | | |
| --- | --- | --- | --- |
| | Federal Income Tax | -42.13 | 665.14 |
| | Social Security Tax | -43.42 | 646.86 |
| | Medicare Tax | -10.15 | 151.28 |
| | PA State Income Tax | -21.50 | 320.29 |
| | Clarks Summi Income Tax | -7.00 | 104.31 |
| | PA SUI Tax | -0.49 | 7.30 |
| | **Net Pay** | **$575.72** | |
| | Aline Pay Card | -575.72 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $700.41

© 2000 ADP, Inc.

ALL METRO MANAGEMENT CORP
170 EARLE AVE
LYNBROOK, NY 11563
DEBTOR IN POSSESSION CASE #25-90339

| Advice number: | 00000140008 |
| --- | --- |
| Pay date: | 04/03/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
| --- | --- | --- | --- |
| **SHARON A SCHLEPPY** | xxxxxxxxxxxx0423 | xxxx xxxx | $575.72 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|-----|------|-------|-------|-----------|-----|
| **AMB** | 004231 | CLSCOR | | 0000150008 | 1 |

# Earnings Statement



*ALL METRO MANAGEMENT CORP*
*170 EARLE AVE*
*LYNBROOK, NY 11563*
*DEBTOR IN POSSESSION   CASE #25-90339*

Period Beginning: 03/30/2026
Period Ending: 04/05/2026
Pay Date: 04/10/2026

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**SHARON A SCHLEPPY**
**1107 AUDUBON DR**
**S ABINGTN TWP PA 18411-2852**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 17.5100 | 40.00 | 700.40 | 8,658.71 |
| Ovtime | 26.2650 | 1.25 | 32.83 | 229.82 |
| Float Holiday | | | | 700.40 |
| Holiday | | | | 560.32 |
| On Call St | | | | 400.00 |
| Sick | | | | 291.56 |
| Vacation | | | | 325.70 |
| **Gross Pay** | | | **$733.23** | 11,166.51 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Totl Hrs Worked | 41.25 | |

| Earnings by Job | rate | hours | this period |
|-----------------|------|-------|-------------|
| Cca | | | |
| Reg | 17.5100 | 40.00 | 700.40 |
| Ovtime | 26.2650 | 1.25 | 32.83 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -46.07 | 711.21 |
| | Social Security Tax | -45.46 | 692.32 |
| | Medicare Tax | -10.63 | 161.91 |
| | PA State Income Tax | -22.51 | 342.80 |
| | Clarks Summi Income Tax | -7.33 | 111.64 |
| | PA SUI Tax | -0.52 | 7.82 |
| **Net Pay** | | **$600.71** | |
| | Aline Pay Card | -600.71 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $733.23

© 2000 ADP, Inc.

ALL METRO MANAGEMENT CORP
170 EARLE AVE
LYNBROOK, NY 11563
DEBTOR IN POSSESSION CASE #25-90339

**Advice number:** **00000150008**
Pay date: 04/10/2026

**Deposited to the account of**
**SHARON A SCHLEPPY**

| | account number | transit ABA | amount |
|-|----------------|-------------|--------|
| | xxxxxxxxxxxx0423 | xxxx xxxx | $600.71 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

# Earnings Statement



*ALL METRO MANAGEMENT CORP*
*170 EARLE AVE*
*LYNBROOK, NY 11563*
*DEBTOR IN POSSESSION CASE #25-90339*

Period Beginning: 04/06/2026
Period Ending: 04/12/2026
Pay Date: 04/17/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**SHARON A SCHLEPPY**
**1107 AUDUBON DR**
**S ABINGTN TWP PA 18411-2852**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 17.5100 | 40.00 | 700.40 | 9,359.11 |
| Ovtime | 26.2650 | 2.75 | 72.23 | 302.05 |
| Float Holiday | | | | 700.40 |
| Holiday | | | | 560.32 |
| On Call St | | | | 400.00 |
| Sick | | | | 291.56 |
| Vacation | | | | 325.70 |
| **Gross Pay** | | | **$772.63** | 11,939.14 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -50.80 | 762.01 |
| | Social Security Tax | -47.91 | 740.23 |
| | Medicare Tax | -11.21 | 173.12 |
| | PA State Income Tax | -23.72 | 366.52 |
| | Clarks Summi Income Tax | -7.73 | 119.37 |
| | PA SUI Tax | -0.54 | 8.36 |
| | **Net Pay** | **$630.72** | |
| | Aline Pay Card | -630.72 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 42.75 | |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Cca | | | |
| Reg | 17.5100 | 40.00 | 700.40 |
| Ovtime | 26.2650 | 2.75 | 72.23 |

Your federal taxable wages this period are $772.63

© 2000 ADP, Inc.

ALL METRO MANAGEMENT CORP
170 EARLE AVE
LYNBROOK, NY 11563
DEBTOR IN POSSESSION CASE #25-90339

**Advice number:** **00000160008**
Pay date: 04/17/2026

THIS IS NOT A CHECK

**Deposited to the account of**
**SHARON A SCHLEPPY**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx0423 | xxxx xxxx | $630.72 |

## NON-NEGOTIABLE

# Earnings Statement



*ALL METRO MANAGEMENT CORP*
*170 EARLE AVE*
*LYNBROOK, NY 11563*
*DEBTOR IN POSSESSION CASE #25-90339*

Period Beginning: 04/13/2026
Period Ending: 04/19/2026
Pay Date: 04/24/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**SHARON A SCHLEPPY**
**1107 AUDUBON DR**
**S ABINGTN TWP PA 18411-2852**

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 17.5100 | 25.00 | 437.75 | 9,796.86 |
| Sick | 17.5100 | 4.00 | 70.04 | 361.60 |
| Vacation | 17.5100 | 11.00 | 192.61 | 518.31 |
| Ovtime | | | | 302.05 |
| Float Holiday | | | | 700.40 |
| Holiday | | | | 560.32 |
| On Call St | | | | 400.00 |
| **Gross Pay** | | | **$700.40** | 12,639.54 |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| 401K Earn | 700.40 | |
| 401K Hours | 40.00 | |
| Totl Hrs Worked | 25.00 | |

## Earnings by Job

| | rate | hours | this period |
|---|------|-------|-------------|
| Cca | | | |
| Reg | 17.5100 | 25.00 | 437.75 |
| Sick | 17.5100 | 4.00 | 70.04 |
| Vacation | 17.5100 | 11.00 | 192.61 |

## Deductions

| Statutory | this period | year to date |
|-----------|-------------|--------------|
| Federal Income Tax | -42.13 | 804.14 |
| Social Security Tax | -43.42 | 783.65 |
| Medicare Tax | -10.15 | 183.27 |
| PA State Income Tax | -21.50 | 388.02 |
| Clarks Summi Income Tax | -7.00 | 126.37 |
| PA SUI Tax | -0.49 | 8.85 |
| **Net Pay** | **$575.71** | |
| Aline Pay Card | -575.71 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $700.40

© 2000 ADP, Inc.

ALL METRO MANAGEMENT CORP
170 EARLE AVE
LYNBROOK, NY 11563
DEBTOR IN POSSESSION CASE #25-90339

**Advice number:** 00000170008
Pay date: 04/24/2026

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **SHARON A SCHLEPPY** | xxxxxxxxxxxxx0423 | xxxx xxxx | $575.71 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

# Earnings Statement



*ALL METRO MANAGEMENT CORP*
*170 EARLE AVE*
*LYNBROOK, NY 11563*
*DEBTOR IN POSSESSION   CASE #25-90339*

| | |
|---|---|
| Period Beginning: | 04/20/2026 |
| Period Ending: | 04/26/2026 |
| Pay Date: | 05/01/2026 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**SHARON A SCHLEPPY**
**1107 AUDUBON DR**
**S ABINGTN TWP PA 18411-2852**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 17.9800 | 26.00 | 467.48 | 10,264.34 |
| On Call St | | | 100.00 | 500.00 |
| RETRO ERNG | | | 18.80 | |
| Sick | 17.9800 | 1.22 | 21.94 | 383.54 |
| Ovtime | | | | 302.05 |
| Float Holiday | | | | 700.40 |
| Holiday | | | | 560.32 |
| Vacation | | | | 518.31 |
| **Gross Pay** | | | **$608.22** | 13,247.76 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 26.00 | |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Cca | | | |
| Reg | 17.9800 | 26.00 | 467.48 |
| On Call St | | | 100.00 |
| Retro Erng | | | 18.80 |
| Sick | 17.9800 | 1.22 | 21.94 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.07 | 835.21 |
| | Social Security Tax | -37.71 | 821.36 |
| | Medicare Tax | -8.82 | 192.09 |
| | PA State Income Tax | -18.67 | 406.69 |
| | Clarks Summi Income Tax | -6.08 | 132.45 |
| | PA SUI Tax | -0.42 | 9.27 |
| | **Net Pay** | **$505.45** | |
| | Aline Pay Card | -505.45 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $608.22

© 2000 ADP, Inc.

ALL METRO MANAGEMENT CORP
170 EARLE AVE
LYNBROOK, NY 11563
DEBTOR IN POSSESSION CASE #25-90339

| | |
|---|---|
| **Advice number:** | **00000180008** |
| Pay date: | 05/01/2026 |

THIS IS NOT A CHECK

**Deposited to the account of**

**SHARON A SCHLEPPY**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxxx0423 | xxxx xxxx | $505.45 |

## NON-NEGOTIABLE

# Earnings Statement



*ALL METRO MANAGEMENT CORP*
*170 EARLE AVE*
*LYNBROOK, NY 11563*
*DEBTOR IN POSSESSION   CASE #25-90339*

| | |
|---|---|
| Period Beginning: | 04/27/2026 |
| Period Ending: | 05/03/2026 |
| Pay Date: | 05/08/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

**SHARON A SCHLEPPY**
**1107 AUDUBON DR**
**S ABINGTN TWP PA 18411-2852**

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 17.9800 | 31.75 | 570.87 | 10,835.21 |
| Sick | 17.9800 | 1.08 | 19.42 | 402.96 |
| Ovtime | | | | 302.05 |
| Float Holiday | | | | 700.40 |
| Holiday | | | | 560.32 |
| On Call St | | | | 500.00 |
| Vacation | | | | 518.31 |
| **Gross Pay** | | | **$590.29** | 13,838.05 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -28.92 | 864.13 |
| | Social Security Tax | -36.60 | 857.96 |
| | Medicare Tax | -8.56 | 200.65 |
| | PA State Income Tax | -18.12 | 424.81 |
| | Clarks Summi Income Tax | -5.90 | 138.35 |
| | PA SUI Tax | -0.42 | 9.69 |
| | **Net Pay** | **$491.77** | |
| | Aline Pay Card | -491.77 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Totl Hrs Worked | 31.75 | |

| Earnings by Job | rate | hours | this period |
|-----------------|------|-------|-------------|
| Cca | | | |
| Reg | 17.9800 | 31.75 | 570.87 |
| Sick | 17.9800 | 1.08 | 19.42 |

Your federal taxable wages this period are $590.29

© 2000 ADP, Inc.

ALL METRO MANAGEMENT CORP
170 EARLE AVE
LYNBROOK, NY 11563
DEBTOR IN POSSESSION CASE #25-90339

| | |
|---|---|
| **Advice number:** | **00000190008** |
| Pay date: | 05/08/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **SHARON A SCHLEPPY** | xxxxxxxxxxxx0423 | xxxx xxxx | $491.77 |

## NON-NEGOTIABLE

# Earnings Statement



*ALL METRO MANAGEMENT CORP*
*170 EARLE AVE*
*LYNBROOK, NY 11563*
*DEBTOR IN POSSESSION CASE #25-90339*

| | |
|---|---|
| Period Beginning: | 05/04/2026 |
| Period Ending: | 05/10/2026 |
| Pay Date: | 05/15/2026 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

**SHARON A SCHLEPPY**
**1107 AUDUBON DR**
**S ABINGTN TWP PA 18411-2852**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 17.9800 | 31.75 | 570.87 | 11,406.08 |
| Sick | 17.9800 | 1.03 | 18.52 | 421.48 |
| Ovtime | | | | 302.05 |
| Float Holiday | | | | 700.40 |
| Holiday | | | | 560.32 |
| On Call St | | | | 500.00 |
| Vacation | | | | 518.31 |
| **Gross Pay** | | | **$589.39** | 14,427.44 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 31.75 | |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Cca | | | |
|  Reg | 17.9800 | 31.75 | 570.87 |
|  Sick | 17.9800 | 1.03 | 18.52 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -28.81 | 892.94 |
| | Social Security Tax | -36.54 | 894.50 |
| | Medicare Tax | -8.55 | 209.20 |
| | PA State Income Tax | -18.09 | 442.90 |
| | Clarks Summi Income Tax | -5.89 | 144.24 |
| | PA SUI Tax | -0.41 | 10.10 |
| | **Net Pay** | **$491.10** | |
| | Aline Pay Card | -491.10 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $589.39

© 2000 ADP, Inc.

ALL METRO MANAGEMENT CORP
170 EARLE AVE
LYNBROOK, NY 11563
DEBTOR IN POSSESSION CASE #25-90339

| | |
|---|---|
| **Advice number:** | **00000200008** |
| Pay date: | 05/15/2026 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **SHARON A SCHLEPPY** | xxxxxxxxxxxx0423 | xxxx xxxx | $491.10 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| AMB | 004231 | CLSCOR | | 0000210008 | 1 |

# Earnings Statement



*ALL METRO MANAGEMENT CORP*
*170 EARLE AVE*
*LYNBROOK, NY 11563*
*DEBTOR IN POSSESSION CASE #25-90339*

Period Beginning: 05/11/2026
Period Ending: 05/17/2026
Pay Date: 05/22/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**SHARON A SCHLEPPY**
**1107 AUDUBON DR**
**S ABINGTN TWP PA 18411-2852**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 17.9800 | 40.00 | 719.20 | 12,125.28 |
| Ovtime | 26.9700 | .25 | 6.74 | 308.79 |
| Float Holiday | | | | 700.40 |
| Holiday | | | | 560.32 |
| On Call St | | | | 500.00 |
| Sick | | | | 421.48 |
| Vacation | | | | 518.31 |
| **Gross Pay** | | | **$725.94** | 15,153.38 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 40.25 | |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Cca | | | |
| Reg | 17.9800 | 40.00 | 719.20 |
| Ovtime | 26.9700 | .25 | 6.74 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -45.19 | 938.13 |
| | Social Security Tax | -45.01 | 939.51 |
| | Medicare Tax | -10.52 | 219.72 |
| | PA State Income Tax | -22.29 | 465.19 |
| | Clarks Summi Income Tax | -7.26 | 151.50 |
| | PA SUI Tax | -0.51 | 10.61 |
| | **Net Pay** | **$595.16** | |
| | Aline Pay Card | -595.16 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $725.94

© 2000 ADP, Inc.

ALL METRO MANAGEMENT CORP
170 EARLE AVE
LYNBROOK, NY 11563
DEBTOR IN POSSESSION CASE #25-90339

**Advice number:** **00000210008**
Pay date: 05/22/2026

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **SHARON A SCHLEPPY** | xxxxxxxxxxxx0423 | xxxx xxxx | $595.16 |

**NON-NEGOTIABLE**