United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01467-MJC
Sharon Ann Schleppy Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin 
Date Rcvd: Sep 04, 2026 Form ID: 318 Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Ann Schleppy, 1107 Audubon Dr, South Abington Twp, PA 18411-2852 |
| 5805807 | | Christopher Carfagno, Esq., 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 5805817 | | Geisinger Health System, PO Box 27727, Newark, NJ 07101-7727 |
| 5805822 | | Marissa Steppacher Ellis, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5805826 | | Pathward NA/Oportun, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5805828 | #+ | Pollack & Rosen, P.A., 205 West Broad Street, Bethlehem, PA 18018-5517 |
| 5805830 | + | Robert Louis Baroska III Esq, Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way West PO Box 500, Eatontown, NJ 07724-0500 |
| 5805831 | + | Shane L Franklin, 1107 Audubon Dr, South Abington Twp, PA 18411-2852 |
| 5805839 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5805801 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 04 2026 18:46:06 | Affirm, Attn: Bankruptcy Notice, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5805802 | | Email/PDF: bncnotices@becket-lee.com | Sep 04 2026 18:46:10 | American Express, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5805803 | | Email/Text: dltlegal@hab-inc.com | Sep 04 2026 18:48:00 | Berkheimer Tax Innovations, PO Box 21690, Lehigh Valley, PA 18002 |
| 5805809 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Sep 04 2026 18:48:00 | Credit Corp Solutions, 121 W Election Rd, Suite 200, Draper, UT 84020-7720 |
| 5805810 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Sep 04 2026 18:48:00 | Credit Corp Solutions Inc, 121 W Election Rd, Draper, UT 84020 |
| 5805804 | | EDI: CAPITALONE.COM | Sep 04 2026 22:40:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5805805 | | EDI: CAPITALONE.COM | Sep 04 2026 22:40:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5805806 | | EDI: PHINGENESIS | Sep 04 2026 22:40:00 | Celtic Bank Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 5805808 | + | EDI: WFNNB.COM | Sep 04 2026 22:40:00 | Comenity Bank/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 5805811 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 04 2026 18:46:01 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5805812 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 04 2026 18:46:00 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5805813 | | Email/Text: bankruptcies@crownasset.com | Sep 04 2026 18:48:00 | Crown Asset Management, 3100 Breckinridge |

| | | | | |
|---|---|---|---|---|
| | | | | Blvd Ste 725, Duluth, GA 30096-7605 |
| 5805814 | | EDI: DISCOVER | Sep 04 2026 22:40:00 | Discover Bank, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 5805815 | | EDI: DISCOVER | Sep 04 2026 22:40:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5805816 | ^ | MEBN | Sep 04 2026 18:42:08 | Geisinger, 100 N Academy Ave, Danville, PA 17822-9800 |
| 5805819 | | EDI: JEFFERSONCAP.COM | Sep 04 2026 22:40:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5805818 | | EDI: JEFFERSONCAP.COM | Sep 04 2026 22:40:00 | Jefferson Capital Systems, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5805820 | ^ | MEBN | Sep 04 2026 18:42:15 | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 5805821 | | EDI: LENDNGCLUB | Sep 04 2026 22:40:00 | Lending Club Bank NA, PO Box 39000, San Francisco, CA 94139-0001 |
| 5805825 | | Email/Text: EBN@Mohela.com | Sep 04 2026 18:48:00 | Mohela/Dept of Education, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5805823 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 04 2026 18:46:05 | Merrick Bank Corp, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5805824 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 04 2026 18:48:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5805827 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 04 2026 18:48:00 | PNC Bank, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 5805829 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2026 18:46:01 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 5805832 | | Email/Text: nlorenz@bankofmissouri.com | Sep 04 2026 18:48:00 | The Bank Of Missouri, 216 W 2nd St, Dixon, MO 65459-8048 |
| 5805833 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 04 2026 18:48:00 | Toyota Motor Credit, Attn: Bankruptcy, PO Box 22171, Tempe, AZ 85285-2171 |
| 5805834 | | Email/Text: bankruptcydepartment@tsico.com | Sep 04 2026 18:48:00 | Transworld Sys Inc/51, PO Box 15273, Wilmington, DE 19850-5273 |
| 5805836 | | Email/Text: bankruptcydepartment@tsico.com | Sep 04 2026 18:48:00 | Transworld Systems Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 5805835 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 04 2026 18:48:00 | Transworld Systems Inc, PO Box 15273, Wilmington, DE 19850-5273 |
| 5805837 | | Email/Text: bknotice@upgrade.com | Sep 04 2026 18:48:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5805840 | | Email/Text: edbknotices@ecmc.org | Sep 04 2026 18:48:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5805838 | | Email/Text: UpStart@ebn.phinsolutions.com | Sep 04 2026 18:48:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 5805841 | + | Email/Text: bkfilings@zwickerpc.com | Sep 04 2026 18:48:00 | Zwicker & Associates, P.C., 900 Northbrook Drive Suite 102, Trevose, PA 19053-8432 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Sharon Ann Schleppy usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sharon Ann Schleppy<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1703 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:26–bk–01467–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sharon Ann Schleppy
aka Sharon A Schleppy, aka Sharon Schleppy

9/4/26

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**